IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| JOHNATHAN DUNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:13-cv-0114 |
| | ) | Chief Judge Haynes |
| BEN KILLINGSWORTH and | ) | |
| WARDEN ARVIN CHAPMAN, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

For the reasons stated in open court, the Court finds that there is sufficient basis to believe that there exists a serious threat to Plaintiff's personal safety if Plaintiff is returned to the South Central Correctional Center. For that reason, the Warden of the Charles B. Bass Correctional Complex is **ORDERED** to maintain custody of Plaintiff Jonathan Dunn pending further Order of this Court.

It is so **ORDERED**.

ENTERED this the 31st day of March, 2014

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court